IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ANTHONY RAY THOMPSON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 19-0698-JB-MU |
| VINCENT NORMAN, et al., | ) | |
| Defendants. | ) | |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 12, 2019 is **ADOPTED** as the opinion of this Court. Accordingly, Plaintiff's motion for a temporary restraining order (Doc. 6) is **DENIED**.

**DONE and ORDERED** this 6th day of December, 2019.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE