IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

ANTHONY RAY THOMPSON, #137578, :

    Plaintiff, :

vs. : CIVIL ACTION 19-0698-JB-MU

VINCENT NORMAN, *et al.*, :

    Defendants. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED** without prejudice as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), and that the action be counted as a strike for the purposes of 28 U.S.C. § 1915(g).

    **DONE** this 2nd day of March, 2020.

                                  /s/JEFFREY U. BEAVERSTOCK
                                  UNITED STATES DISTRICT JUDGE